

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00082-CV

**In the Interest of R.C.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00544
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs shall be assessed in relation to this appeal.

SIGNED July 8, 2015.

_____
Jason Pulliam, Justice